IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STEPHANIE ADCOCK,

Plaintiff,

v.                                                     1:25-CV-6-DAB-LPA

DURHAM COUNTY,

Defendant.

## **ORDER**

This matter is before the Court for review of the Memorandum Opinion and Recommendation filed on March 31, 2026. *3/31/26 Memorandum Opinion and Recommendation of United States Magistrate Judge* (D.E. 18). The Magistrate Judge recommends granting Defendants' Motion to Dismiss (D.E. 9) because the Court lacks subject-matter jurisdiction over the Complaints' claims arising from state court judgments, and the remaining allegations fail to state a claim upon which relief may be granted and denying Plaintiff's Motion for Leave to Amend the Original Complaint (D.E. 14) for futility. The deadline for objections passed on April 14, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ORDERED that the Magistrate Judge's Recommendation, *3/31/26 Memorandum Opinion and Recommendation*, is ADOPTED, Defendants' Motion to Dismiss is GRANTED and Plaintiff's Motion for Leave to Amend the Original Complaint is DENIED. Further, this action is DISMISSED WITHOUT PREJUDICE.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 24th day of April, 2026.

/s/ David A. Bragdon
United States District Judge